# UNITED STATES DISTRICT COURT

## District of Minnesota

Lauik Petit Homme,

Petitioner,

v.

Kristi Noem, Todd M. Lyons, Peter Berg,
Samuel J. Olson, Joel Brott,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26cv666 KMM/SGE

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Lauik PH's Petition for a Writ of Habeas Corpus (Dkt. 2) is **GRANTED**.
2. The Court **DECLARES** that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(1) or § 1225(b)(2) and **ENJOINS** Respondents from denying release or other relief on the basis that he is subject to such mandatory detention.
3. The Court **ORDERS** Respondents to immediately release Petitioner, **subject only to any conditions in place prior to his arrest and no later than 5:00 p.m. on February 19, 2026**.
4. Upon his release, Respondents must return **all of Petitioner's personal effects seized as a result of his arrest, including but not limited to immigration paperwork**. His property must be returned in the same condition as it was in at the time he was arrested.
5. Finally, the Court **ORDERS** Respondents to file a notice within 24 hours of Petitioner's release, specifying the date, time, and location of his release.

Date: 2/19/26

KATE M. FOGARTY, CLERK